# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 6, 2019

## NO. 03-19-00575-CV

**Scott Law Ortho Corp. P.C.; and Julio De La Fuente, DDS, Appellants**

**v.**

**Robert A. Marshall, Appellee**

## APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED AS MOOT-- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on August 2, 2019. Having reviewed the record, the Court agrees that this interlocutory appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Furthermore, the records in this cause shall be transferred to the appeal in cause number 03-19-00757-CV. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.